# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

NYUTU K. WOODS,

    Petitioner,

vs.

DWIGHT D. NEVENS,

    Respondents.

Case No. 2:10-CV-00971-KJD-(RJJ)

**ORDER**

    The court dismissed this action and entered judgment, explaining what steps petitioner would need to take to attempt to obtain relief from his judgment of conviction. Order (#3). Petitioner did not appeal the judgment. Now, seven months later, petitioner has filed a motion to withdraw plea (#5) and a motion to modify sentence (#6). The judgment in this action is final, and petitioner has not taken the steps that the court outlined to him.

    IT IS THEREFORE ORDERED that petitioner's motion to withdraw plea (#5) and motion to modify sentence (#6) are **DENIED**.

    DATED: May 17, 2011

_____
KENT J. DAWSON
United States District Judge